| FORM B1 | UNITED STATES BANKRUPTCY COURT DISTRICT OF | Voluntary Petition |
|---|---|---|

| Name of debtor (if individual, enter Last, First, Middle): **Walter Marshall Sr.** | Name of Joint Debtor (Spouse)(Last, First, Middle) |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all): **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** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State, & Zip Code) **7000 S. Parnell, Chicago, Il 60621** | Street Address of Joint Debtor (No. & St., City, State & Zip Code) |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

Venue: (Check any applicable box)
[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

Type of Debtor (Check all boxes that apply)
[X] Individual(s)    [ ] Railroad
[ ] Corporation    [ ] Stockbroker
[ ] Partnership    [ ] Commodity Broker
[ ] Other _____

Chapter or Section of Bankruptcy Code Under Which the Petition is filed (Check one box)
[X] Chapter 7    [ ] Chapter 11    [ ] Chapter 13
[ ] Chapter 9    [ ] Chapter 12
[ ] Sec. 304- Case ancillary to foreign proceeding

Nature of Debts (Check one box)
[X] Consumer/Non-Business    [ ] Business

Chapter 11 Small Business (Check all boxes that apply)
[ ] Debtor is a small business as defined in 11 U.S.C. 101
[ ] Debtor is and elects to be considered a small business under 11 U.S.C. 121(e)(Optional)

Filing Fee (Check one box)
[X] Full Filing Fee attached
[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attached signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(e). See Official Form No. 3.

Statistical/Administrative Information (estimates only)
[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors: [X] 1-15  [ ] 16-49  [ ] 50-99  [ ] 100-199  [ ] 200-999  [ ] 1000 over

Estimated Assets: [X] $0 to $50,000  [ ] $50,001 to $100,000  [ ] $100,001 to $500,000  [ ] $500,001 to $1 million  [ ] $1,000,001 to $10 million  [ ] $10,000,001 to $50 million  [ ] $50,000,001 to $100 million

Estimated Debts: [ ] $0 to $50,000  [ ] $50,001 to $100,000  [ ] $100,001 to $500,000  [ ] $500,001 to $1 million  [X] $1,000,001 to $10 million  [ ] $10,000,001 to $50 million  [ ] $50,000,001 to $100 million

Form Published by: Law Disks, 734 Franklin Avenue, Garden City, NY 11530

**U.S. Bankruptcy Court**
**Northern District Of Illinois**
Filed: 03/05/2004
Time: 14:48:54
Debtor: WALTER MARSHALL
Case: 04-08826    Fee: 209
Chapter: 7    Rec. #: 3066694
Judge: Susan Pierson Sonderby
341 mtg: 04/16/2004 @ 03:00PM
Trustee: PHILLIP MARTINO

1:04BK08826-BK001

NO DISKETTE

| **Voluntary Petition** (This page must be completed and filed in every case.) | Name of Debtor(s): | FORM B1, Page 2 |
|---|---|---|
| **Prior Bankruptcy Case Filed Within the last 6 Years** (if more than one, attach additional sheet.) | | |
| Location Where filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct. [If the petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
, Debtor

X _____
, Joint Debtor

Telephone Number (If not represented by attorney)

Date

X _[signature: Edward Hubbard]_
**Signature of Attorney**
Signature of Attorney for Debtor(s)
Print below: Attorney Name, Firm, Address, Telephone No:

EDWARD HUBBARD
77 W WASHINGTON
CHICAGO, IL
(312) 919-9444
Date

**Exhibit A**
(To be completed if the Debtor is required to file periodic reports (e.g., forms 10K and 10Q with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
[ ] Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if Debtor is an individual whose debts are primarily consumer debts.)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter.

X _[signature: Edward Hubbard]_  3-5-04
Attorney for Debtor(s)    Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer    Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

[Publisher's Note: This form is NOT intended to be used by nonattorney bankruptcy-petition preparers. Schedules do not contain all disclosures required for use by nonattorney bankruptcy-petition preparers.]

# *Lavelle Legal Services, Ltd.*

501 West Colfax Street
Palatine, Illinois 60067

FEIN: 36-3730387

Ph: (847) 705-7555    Fax: (847) 705-9960

Walter Marshall                                                                                           Jul 02, 2003
926 W Fullerton
Chicago, Illinois 60614

Attention:   Walter

**LITIGATION IMMINENT**
This is your final notice that if payment is not made within 10 days, a lawsuit will be filed to collect our fees.

File #:   1777001
Inv #:    27680

RE:   Federal Tax Matter

| **DISBURSEMENTS** | **Disbursements** | **Receipts** |
|---|---|---|
| Costs | 145.00 | |
| Totals | $145.00 | $0.00 |
| **Total Fees, Disbursements** | | **$145.00** |
| Previous Balance | | $1,714.40 |
| Previous Payments | | $0.00 |
| Interest Accrued | | $129.39 |
| **Balance Due Now** | | **$1,988.79** |

------

## Payment Information

Lavelle Legal Services, Ltd. is now accepting payment by credit card. If you choose this option, fill in the following information and mail this page to us at:

208 South LaSalle Street, Suite 1200, Chicago, Illinois 60604-1003

**Charge to:**  ☐ MasterCard          ☐ V I S A

Card No.: _____          Expiration Date: _____

Name on Card (print) _____

Signature: _____

Walter Marshall
1777001
27680

LIST OF CREDITORS

Internal Revenue Service            1040 FOR 1989 THUR 2000
230 S Dearborn
Chicago, Illinois

Illinois Department of Revenue
100 W Randolph
Chicago, Illinois

LAVELLE LEGAL SERVICE
501 WEST COLFAX Street
Palatine, Illinois 60667